by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, etc., Appellant; CABCO AGENCY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

120 FIFTH AVENUE CORPORATION, Respondent, v. THE J. L. MOTT IRON WORKS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS MARKIN, Appellant, v. WILLIAM BAUMGARTEN Co., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

M. E. CONRAN Co., INC., Appellant, v. BRODSKY & KLOSK, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

L. C. WEBSTER & SON, INC., Respondent, v. SAMUEL J. WOOD and EVELYN L. WOOD, His Wife, Appellants.— Order modified by omitting requirement of a bond, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CARMEN CAMBIAN, as Administratrix, etc., of GREGORY CAMBIAN, Deceased, Appellant, v. ALFRED N. RUZ and MARIE V. RUZ, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DELIA MURPHY, Appellant, v. MORGAN LAUNDRY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANDERSON BRICK & SUPPLY Co., INC., Respondent, v. BLANKE HOLDING CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARGARET FELDMAN v. UNITED STATES STEEL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

MAX SCHEUER, as Puissant Sovereign Grand Commander of and for the Supreme Council of Sovereign Grand Inspectors General of the Thirty-third and Last Degree, A. A. S. R. for the United States of America, etc., and Another, v. LEON M. ABBOT, as Most Puissant Sovereign Grand Commander, etc., and Others. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN KELLER & SON, INC., v. THOMAS M. BEVANS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN KELLER & SON, INC., v. THOMAS M. BEVANS and Others.— Motion for

reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HARRY L. SINGER v. AQUITANIA REALTY CORPORATION, Impleaded with SAMUEL BECK and Others — PERRY BITTEL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN GILL v. RICHARD J. GRAY, as Treasurer of the Bricklayers, Masons and Plasterers' International Union of America.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for stay pending the hearing and determination by the Court of Appeals of such leave to appeal granted upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILMA E. GOULD v. NORMAN J. GOULD and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MANUFACTURERS TRUST COMPANY v. WALTER W. WEISMANN and Others, Impleaded with HARRY W. DUBISKE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PAUL S. VAN BAARN v. WESLEY L. WHEELER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY, Formerly Known as the FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee for the Benefit of JOHN C. UHRLAUB, JR., under the Last Will and Testament of JOHN C. UHRLAUB, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARTHA E. ARMSTRONG v. ROGDON HOLDING CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FLORENCE T. KAHNWEILER v. CLIFFORD ARCHER FURST, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JOHN W. CORNISH for a Peremptory Mandamus Order against ARTHUR J. W. HILLY, as Corporation Counsel, etc., re closing of Old Third Avenue (Formerly Old Fordham Avenue), in the Borough of the Bronx, City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE NATIONAL CITY BANK OF NEW YORK and Another v. WALTER C. LOUCHHEIM and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.